IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR268 |
| vs. | ORDER |
| MORGAN L. PERKHISER, | |
| Defendant. | |

Defendant has moved to continue Defendant's arraignment. (Filing No. 9). As explained by counsel, Defendant lives in Oregon and at this time the parties are engaged in negotiations and making good faith efforts to resolve this matter short of trial. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 9), is granted.

2) Defendant's arraignment hearing will be held before the undersigned magistrate judge on December 23, 2019 at 11:00 a.m. Defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing Defendant's arraignment hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and December 23, 2019 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 20th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge