IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN L. PERKHISER,<br><br>    Defendant. | 8:19CR268<br><br>ORDER |

This matter is before the Court on defendant's unopposed Motion to Extend Self Surrender Date (Filing No. 63).

IT IS ORDERED:

1. Defendant Morgan L. Perkhiser's Motion to Extend Self Surrender Date (Filing No. 63) is granted;

2. Defendant shall report no later than 2:00 p.m. on Thursday, December 9, 2021 to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 22nd day of November, 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge